## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br><br>SALLY GIOVANNA DIANDERAS-WOOD<br>  AKA GIOVANNA D WOOD<br><br>      Debtor | Chapter 13<br>Case No. 25-10092-LSS |
| ALLY BANK<br><br>     Movant<br><br>v.<br><br>SALLY GIOVANNA DIANDERAS-WOOD<br>  AKA GIOVANNA D WOOD<br>15630 BLACKBERRY DRIVE<br>GAITHERSBURG, MD 20878<br>     (Debtor)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>     (Trustee)<br><br>     Respondents | |

## OBJECTION TO CONFIRMATION

Ally Bank by its undersigned attorneys, Orlans Law Group PLLC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor Sally Giovanna Dianderas-Wood ("Debtor"), and as grounds therefore states as follows:

1.    On or about September 29, 2006, Sally Giovanna Dianderas-Wood and Timothy J Wood (collectively the "Obligors") executed and delivered to National City Mortgage a division of National City Bank a promissory note (the "Note") in the amount of SIX HUNDRED TWENTY-NINE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($629,600.00), plus interest at the fixed rate of 6.375% per annum, to be paid over thirty

(30) years.

2.  Sally Giovanna Dianderas-Wood and Timothy J Wood executed a Deed of Trust to National City Mortgage a division of National City Bank dated September 29, 2006.  The Deed of Trust is a first mortgage on real property owned by the Debtor known and numbered as **15630 Blackberry Drive, N. Potomac, MD 20878**.

3.  The Deed of Trust is materially in default.

4.  The Debtor's Chapter 13 Plan proposes to pay post-petition monthly mortgage payments directly to Ally Bank and a pre-petition arrearage of $110,000.00.

5.  The Debtor's Chapter 13 Plan understates the pre-petition arrearage.

6.  The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

7.  As of January 6, 2025, the pre-petition arrearage was approximately $127,167.80.

8.  That Debtor's Chapter 13 Plan appears under-funded to cure the pre-petition arrearage.

9.  Depending upon any additional facts learned before the hearing on confirmation, Ally Bank reserves the right to assert that the Plan was not proposed in good faith pursuant to 11 U.S.C. § 1325(a)(3).

*Remainder of page intentionally left blank*

WHEREFORE, Ally Bank, by and through its attorneys prays that Confirmation be denied.

Date:   02/14/2025

Respectfully submitted,

_/s/ Gene Jung_

Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Ally Bank
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned states that on February 14, 2025, copies of the foregoing Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Daniel M. Press
6718 Whittier Avenue, Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Objection to Confirmation to the following non-ECF participants:

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

<div style="margin-left:40%">

*/s/ Gene Jung*
_____
Gene Jung, Esquire
James E. Clarke, Esquire
Paul J. Moran, Esquire

</div>