**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| IN RE: ) | **CASE NO. 25-10092** |
| SALLY GIOVANNA ) | **CHAPTER 13** |
| DIANDERAS-WOOD ) | |
| DEBTOR ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 15630 BLACKBERRY DR, GAITHERSBURG, MD 20878 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******6648**

NOW COMES PNC Bank, National Association, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr., Winston-Salem, NC 27103
MDBKR@brockandscott.com

PNC Bank, N.A.
PO Box 94982
Cleveland, Ohio 44101

Please take notice that the undersigned hereby appears as counsel for PNC Bank, National Association pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

18-04627 BKSUP01




RESPECTFULLY SUBMITTED,

/s/ *Ryan Srnik*
_____
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

18-04627 BKSUP01

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 28, 2025, the following persons were served a copy of the Notice of Appearance in the manner described below:

<u>Via CM/ECF electronic notice</u>:

Daniel M. Press, Esq.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
*Counsel for Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

<u>Via First Class Mail</u>:

Sally Giovanna DiAnderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

/s/ *Ryan Srnik*
_____
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

18-04627 BKSUP01