UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

---------------------------------------------------------------X
In re:                                                        :     Chapter 13
                                                              :
Sally Giovanna Dianderas−Wood                                 :     Case No.  25−10092 LSS
                                                              :
**Debtor.**                                                   :
                                                              :
---------------------------------------------------------------:
                                                              :
Toyota Lease Trust                                            :
                                                              :
v.                                                            :
                                                              :
Sally Giovanna Dianderas−Wood, et al.                         :
                                                              :

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

NOW COMES Sally Giovanna Dianderas−Wood, debtor (the "Debtor"), through counsel, and responds as follows to the Motion for Relief from Stay filed by Toyota Lease Trust.

1. Admitted.

2. Denied.

3. Admitted.

4. Debtor lacks knowledge or information to form a belief as to the truth of the allegations of Paragraph 4 and therefore denies the same.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

--                                                    1

9. Denied.

Separate and Affirmative Defenses

1. There is an equity cushion between the value of the vehicle and the lease buy-out price to which Debtor is entitled. Debtor intends to exercise her purchase option and sell the vehicle. A motion to that effect will be filed shortly.

2. Movant is adequately protected.

WHEREFORE, Debtor respectfully requests that the Motion be denied.

Dated:    March 26, 2025.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March, 2025, I caused the foregoing Response to be served on the following by CM/ECF:

Rebecca A. Herr ecf@ch13md.com

Gene Jung ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

--  2

Ryan Srnik ryan.srnik@brockandscott.com, wbecf@brockandscott.com

                                                 _/s/ Daniel M. Press_
                                                   Daniel M. Press