

LEXUS FINANCIAL SERVICES
PO Box 4700
Phoenix, AZ 85030

ACCOUNT NUMBER ENDING IN: 9R781
DESCRIPTION OF VEHICLE: 2020 LEXUS UX250H
VIN ENDING IN: L2027696

03/03/2025

SALLY G DIANDERAS-WOOD
15630 BLACKBERRY DR
NORTH POTOMAC, MD 20878

Please be sure this address appears in the return envelope:

LEXUS FINANCIAL SERVICES
PO Box 4700
Phoenix, AZ 85030

Dear SALLY G DIANDERAS-WOOD:

Thank you for contacting us regarding paying off your account and purchasing your leased vehicle.

We've enclosed instructions to follow and documents we need you to complete, so that we can process the purchase of your leased vehicle. Review the instructions and documents carefully.

Please return the completed documents to us, along with a check or money order payable to TOYOTA MOTOR CREDIT CORPORATION in the amount of $14,952.40, which is the amount to pay off your account and purchase the vehicle (the "payoff amount"). The payoff amount is good through 02/13/2025 (the "Good Through Date"). Additional funds may be required if we do not receive the payoff amount by the Good Through Date. Also, the payoff amount is subject to increase if you owe additional amounts, such as citations, returned payments, or property taxes, that have not yet posted to your account, regardless of when we were notified of any such additional amounts.

To avoid delays in processing your vehicle purchase and receiving your title, please ensure we receive the payoff funds with the enclosed documents, fully completed, by the Good Through Date listed above. For your convenience, we have enclosed a return envelope, and you can include the cover letter so that our return address appears in the window of the envelope.

If you have any questions, please contact us at (800) 874-7050 between 8am-5pm (Local Time), Monday-Friday.

Sincerely,

Lexus Financial Services
(800) 874-7050

| IMPORTANT NOTICE: |
|---|
| Your safety and satisfaction are important to us. We want you to continue to enjoy your vehicle with the peace of mind that you've come to expect from Lexus. So, before you purchase your leased vehicle from Lexus Financial Services, we encourage you to ensure that any applicable safety recalls have been completed. You can easily find out if a recall applies to your vehicle by making an appointment with a Lexus dealer for inspection, calling the Lexus Customer Assistance Center at (800) 255-3987, or by visiting www.lexus.com. Thank you for choosing to remain a part of the Lexus family. |

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.



8051
09/13/2024
Page 1 of 4

# WHAT YOU MUST DO TO PURCHASE YOUR VEHICLE

To complete the purchase of your leased vehicle, you will need to complete all the steps listed below. To avoid delays in processing your vehicle purchase and receiving your title, please be sure to complete each requirement and sign and date the documents where indicated.

- ☐ **Read, sign and date** the Lessee/Purchaser Acknowledgement and the "As Is" Sale - Disclaimer of Warranties section on page 3. This section does **not** terminate any warranties provided by the manufacturer or optional service agreements that may still be applicable. Also, as stated therein, the vehicle must be re-titled with the state titling agency.

- ☐ **Make a check or money order payable to TOYOTA MOTOR CREDIT CORPORATION** for the payoff amount of $14,952.40.

  - If we do not receive the payoff by 02/13/2025, (the Good Through Date), additional funds may be required to pay off your account and purchase the vehicle potentially delaying the processing of your vehicle purchase.

  - The payoff amount does not include charges associated with re-titling and registering the vehicle. You are responsible for paying all taxes and titling and registration-related fees.

  - The payoff amount is subject to increase if you owe additional amounts, such as citations, returned payments, or property taxes, that have not yet posted to your account, regardless of when we were notified of any such additional amounts.

  - If you choose to overnight your documents, please send to Lexus Financial Services, C/O Metasource, 4100 E Broadway Rd, Suite 170, Phoenix, AZ 85040.

  - Once the payoff amount and documents are received and processed, we will release the title, generally within 10 business days. Mailing the payoff amount in certified funds, such as cashier's check or Money order, will expedite the title release to approximately three business days if you include with it all the necessary documents.

- ☐ **Complete, sign, and date** the Authorization for Payoff and Title Processing section on page 3, if either: (1) the payoff amount will be coming from a third party, such as a bank or credit union; or (2) the Certificate of Title is to be mailed to someone other than you. Note that your name will be listed as "Buyer", "Purchaser" or "Lessee" on all sale documents, including the Certificate of Title. We will only sell the vehicle to a lessee under the lease agreement.

- ☐ **Record the mileage** indicated on the vehicle's odometer on the appropriate space on the attached Lessee's Odometer Disclosure Statement and complete all other required fields, **including the Lessee's Signature and Date of Statement fields.**

- ☐ **Ensure we receive the payoff with the enclosed documents, fully completed, including signatures and dates, by the Good Through Date.** For your convenience, we have enclosed a return envelope, and you can include the cover letter so that our return address appears in the window of the envelope. Make a copy of the documents if you would like a copy for your records.

After we receive and process the above items, we will send the title and any other sale documentation to you, or the third party you designated, so that the vehicle can be re-titled in your name.

If you have any questions, please call us at the telephone number shown on Page 1. Thank you.

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.

8051
09/13/2024
Page 2 of 4

| PAYOFF AMOUNT | GOOD THROUGH DATE | ACCOUNT NUMBER ENDING IN |
|---|---|---|
| $14,952.40 | 02/13/2025 | R781 |

READ THIS SECTION AND SIGN AND DATE WHERE INDICATED:

### LESSEE/PURCHASER ACKNOWLEDGEMENT

The lessee/purchaser acknowledges that: a) the vehicle has been maintained in proper condition under the terms of the lease and that vehicle is merchantable and fit for use; b) they will take the necessary steps to re-title and register the vehicle with the state titling agency within the state required time frames including, but not limited to, submitting an application for Certification of Title and registration to the titling agency, obtaining all state required inspections and vehicle tests, and surrendering the existing license plates if the agency so requires; c) they are responsible for (1) all sales taxes on this sale, and all other charges, fees, or taxes that may be collected by the state titling agency in connection with the transfer of title to the lessee/purchaser including, but not limited to, that associated with the application for Certificate of Title, registration, new license plates, and emissions testing and smog or other state required vehicle inspections; and (2) unpaid charges/fees that assess during or after the lease term, such as, parking tickets, traffic citations, property taxes, and tow, repair or storage bills.

### "AS IS" SALE - DISCLAIMER OF WARRANTIES

PURCHASER ACKNOWLEDGES THAT THIS VEHICLE IS SOLD AS IS, WHERE IS AND WITH ALL FAULTS. TOYOTA FINANCIAL SERVICES (OR LEXUS FINANCIAL SERVICES) MAKES NO WARRANTY OF ANY KIND, EXPRESSED OR IMPLIED, WHETHER OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TOYOTA FINANCIAL SERVICES (OR LEXUS FINANCIAL SERVICES) SHALL NOT UNDER ANY CIRCUMSTANCES BE LIABLE FOR SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OF ANY KIND WHETHER CAUSED BY BREACH OF SALES CONTRACT, NEGLIGENCE, OR OTHERWISE. PURCHASER ASSUMES ALL RISKS AND LIABILITY WHICH MAY RESULT FROM THE USE OF THE VEHICLE.

_____    _____
PURCHASER'S SIGNATURE                            DATE

This does not terminate any warranties provided by the manufacturer or optional service agreements that may still be applicable.

IF YOU WANT YOUR TITLE MAILED TO AN ADDRESS OTHER THAN YOUR OWN, COMPLETE THIS SECTION AND SIGN AND DATE WHERE INDICATED:

### AUTHORIZATION FOR PAYOFF AND TITLE PROCESSING

☐ I authorize Toyota Motor Credit Corporation to accept the amount to pay off my account and purchase the leased vehicle (the "Payoff Amount") from:

_____

☐ Upon receipt of the Payoff Amount and otherwise subject to the terms and conditions of the lease agreement, I authorize Toyota Motor Credit Corporation to send the Certificate of Title for the vehicle to:

_____
NAME AND ADDRESS

_____    _____
PURCHASER'S SIGNATURE                            DATE

I understand that any facsimile transmission of this document stored by TMCC in electronic or paper form shall constitute an original for all purposes of this document, statement or notice. I acknowledge that each copy of this document will be valid and enforceable against the signer(s) and all of the copies, together, will constitute one and the same Agreement.

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.



# LESSEE'S ODOMETER DISCLOSURE STATEMENT



Federal law (and State law, if applicable) requires that the lessee disclose the mileage to the lessor in connection with the transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment. Complete disclosure form below and return to the lessor.

I, __SALLY G DIANDERAS-WOOD__ (Print name of person making the disclosure) state that the
  LESSEE'S NAME

odometer now reads _____ (no tenths) miles and:

*Please check one box and sign below:*

☐ to the best of my knowledge the odometer reading reflects the actual mileage of the vehicle described below; or

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage **in excess of its mechanical limits**; or

☐ I hereby certify that the odometer reading is **NOT** the actual mileage and should not be relied upon.

| MAKE | MODEL | ACCOUNT NUMBER ENDING IN |
|---|---|---|
| LEXUS | UX250H | R781 |
| BODY TYPE | VEHICLE IDENTIFICATION NUMBER | YEAR |
|  | JTHP9JBH3L2027696 | 2020 |

The parties agree that any facsimile transmission of this document stored by Toyota Motor Credit Corporation ("TMCC") in electronic or paper form shall constitute an original for the purposes of this statement.

Lessee's Name _____SALLY G DIANDERAS-WOOD_____

Lessee's Address
__15630 BLACKBERRY DR__   __NORTH POTOMAC__   __MD__   __20878__
    STREET                                  CITY               STATE      ZIPCODE

*Please Sign Here > > >*  _____  Date of Statement _____
                                  LESSEE'S SIGNATURE

Lessor's Name _____Lexus Financial Services_____

Lessor's Address _____PO Box 4700, Phoenix, AZ 85030_____

Signed by Lessor:
*Lexus Financial Services*

Date Disclosure Form Sent to Lessee _____03/03/2025_____

Date Completed Disclosure Form Received from Lessee _____

Lexus Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.

