**vAuto**

Ourisman Lexus of Rockville
15501 FREDERICK RD
Derwood, MD 20855

# Appraisal Voucher

## Customer Information
Name: GIOLVANNA WOOD
Address:
City: Gaithersburg
Region: Maryland
Postal Code: 20878
Home Phone: (301) 915-7215

## Appraisal Information
Completed Date: 3/24/2025 1:59 PM
Appraised Value: $17,000.00
Appraiser: Josh Kabira
Salesperson:

## Vehicle Description
Year: 2020
Make: Lexus
Model: UX
Series: 250h Base

Odometer: 60,491
VIN: JTHP9JBH3L2027696
Color: Silver

## Owner Acknowledgement

The owner acknowledges that the information is correct and that any issues with this vehicle are noted below.

| | | |
|---|---|---|
| Vehicle Salvaged<br>Yes ☐ No ☒ | Flood Damage<br>Yes ☐ No ☒ | Factory Buyback<br>Yes ☐ No ☒ |
| Previously Damaged<br>Yes ☐ No ☒ | Emission Systems Verified<br>Yes ☐ No ☒ | Odometer Replaced<br>Yes ☐ No ☒ |

Owner Signature _____   Date _____

Sales Manager _____

Appraiser