IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
**Greenbelt Division**

```
---------------------------------------------------------------X
In re:                                          :    Chapter 13
                                                :
Sally Giovanna Dianderas−Wood                   :    Case No.  25−10092 LSS
            Debtor.                             :
                                                :
-----------------------------------------------------------:
```

### NOTICE OF FILING PROPOSED ORDER

Debtor hereby submits the Proposed Order inadvertently omitted from the filing of the MOTION FOR ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF VEHICLE LEASE WITH OPTION TO PURCHASE.

Dated:  April 3, 2025

                                                  /s/ Daniel M. Press
                                                Daniel M. Press (#07300)
                                                Chung & Press, P.C.
                                                6718 Whittier Ave. #200
                                                McLean VA 22101
                                                703-734-3800
                                                dpress@chung-press.com
                                                *Counsel for Debtor*

### CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of April, 2025, I caused the foregoing document to be served by CM/ECF on the following:

Rebecca A. Herr ecf@ch13md.com

Gene Jung ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Daniel J. Pesachowitz dpesacho@siwpc.com,

rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Ryan Srnik ryan.srnik@brockandscott.com,
wbecf@brockandscott.com

                                        /s/ Daniel M. Press
                                          Daniel M. Press