UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

```
-------------------------------------------------------------X
In re:                                          :       Chapter 13
                                                :
Sally Giovanna Dianderas-Wood                   :       Case No.  25-10092 LSS
                                                :
        Debtor.                                 :
                                                :
-------------------------------------------------------------X
```

**ORDER GRANTING MOTION FOR ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF VEHICLE LEASE WITH OPTION TO PURCHASE**

Upon consideration of the Motion of the Debtor for an Order Approving the Assumption and Assignment of her Vehicle Lease with Option to Purchase with Toyota Lease Trust to her son Andrew Esteban Wood, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Debtor may assume and assign the lease to Andrew Esteban Wood in consideration of his payment to her of the difference between the lease buyout price to be paid to the lessor and the appraised value of $17,000.

--

Copies by CM/ECF to:
Counsel for Debtor
Trustee

END OF ORDER

--