IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

SALLY GIOVANNA DIANDERAS-WOOD
AKA GIOVANNA D WOOD,

CHAPTER 13

DEBTOR.

CASE NO. 25-10092

TOYOTA LEASE TRUST,

     MOVANT,

vs.

SALLY GIOVANNA DIANDERAS-WOOD
and REBECCA A. HERR, TRUSTEE,

     RESPONDENTS.

### NOTICE OF CONTINUANCE OF HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing on the Motion for Relief from the Automatic Stay of Toyota Lease Trust, by Counsel, filed on as Docket No. 17 , has been continued to **June2, 2025 at 2:00 PM**, in the United States Bankruptcy Court for the District of Maryland, 6500Cherrywood Lane Suite 300, Greenbelt, MD 20770, Courtroom 3-D or 3-E. This hearing will beheld in person.

                    /s/Daniel J. Pesachowitz

By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com
Counsel for Toyota Lease Trust

CERTIFICATE OF SERVICE

I certify that on April 17, 2025, the foregoing Notice was served via CM/ECF on Rebecca A. Herr, Trustee, <ecf@ch13md.com> and Daniel M. Press, Counsel for Debtor, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true

File No. 92235

copy was mailed via first class mail, postage prepaid, to Sally Giovanna Dianderas-Wood, Debtor, 15630 Blackberry Drive, Gaithersburg, MD 20878 .

/s/Daniel J. Pesachowitz

Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.