**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re:

**SALLY GIOVANNA DIANDERAS-WOOD**
**AKA GIOVANNA D WOOD,**

**CHAPTER 13**

**DEBTOR.**

**CASE NO. 25-10092**

**TOYOTA LEASE TRUST,**

    Respondent.

**RESPONSE TO MOTION FOR ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF VEHICLE LEASE WITH OPTION TO PURCHASE**

**NOTICE**

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

    **Toyota Lease Trust** ("Secured Creditor"), by counsel, submits the following in response to the Motion for Order Approving Assumption and Assignment of Vehicle Lease With Option to Purchase:

    1.    The Secured Creditor objects to the Debtor's motion for the following reasons :

        a.    The Debtor executed the Motor Vehicle Lease Agreement Maryland on August 13, 2020.  The Motor Vehicle Lease can not be assumed or assigned to her son, Andrew Esteban Wood, as they are not a lessee under the Motor Vehicle Lease Agreement.

        b.    Debtor can purchase the secured property pursuant to the payoff amount.

    WHEREFORE, the Secured Creditor asks this Court for entry of an order denying the Debtor's Motion.

    Respectfully submitted,

    TOYOTA LEASE TRUST

    By: /s/Daniel J. Pesachowitz
    Daniel J. Pesachowitz, Esquire, Bar No. 14930
    Robert A. Jones, Esquire, Bar No. 18707
    D. Carol Sasser, Esquire, Bar No. 21631
    Samuel I. White, P.C.
    6100 Executive Blvd.
    Suite 400
    Rockville, MD 20852

               Tel:(301) 804-3400
               Fax:(301) 838-1954
               dpesachowitz@siwpc.com

## CERTIFICATE OF SERVICE

I certify that on April 17, 2025, the foregoing Response was served via CM/ECF on Rebecca A. Herr, Trustee, <ecf@ch13md.com> and Daniel M. Press, Counsel for Debtor, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Sally Giovanna Dianderas-Wood, Debtor, 15630 Blackberry Drive, Gaithersburg, MD 20878

               /s/Daniel J. Pesachowitz
               _____
               Daniel J. Pesachowitz, Esquire
               Samuel I. White, P. C.