United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10092-LSS |
| Sally Giovanna Dianderas-Wood | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 22, 2025 | Form ID: ntchrgb2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sally Giovanna Dianderas-Wood, 15630 Blackberry Drive, Gaithersburg, MD 20878-4908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 24, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Gene Jung | ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25-10092 – LSS**   Chapter: **13**

**Sally Giovanna Dianderas-Wood**
Debtor

# NOTICE

In person hearing Courtroom 3-E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 5/19/25 at 11:00 AM

to consider and act upon the following:

19 – Motion to Assume Leases or Executory Contracts and Assign – Toyota Lease Filed by Sally Giovanna Dianderas-Wood. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Press, Daniel)

22 – Response on behalf of Toyota Lease Trust Filed by Daniel J. Pesachowitz (related document(s)19 Motion to Assume/Reject Leases or Executory Contracts filed by Debtor Sally Giovanna Dianderas-Wood). (Pesachowitz, Daniel)

23 – Response on behalf of Sally Giovanna Dianderas-Wood Filed by Daniel M. Press (related document(s)22 Response filed by Creditor Toyota Lease Trust). (Press, Daniel)

**NOTICE TO MOVING PARTY**

A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.

Dated: 4/22/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410-962-4215

Form ntchrgmdb (rev. 08/13/2024)