RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**    Evidentiary Hrg: Y N
  Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 13

Date: 05/19/2025 Time: 11:00

**CASE: 25-10092 Sally Giovanna Dianderas-Wood**

✓Daniel M. Press representing ✓Sally Giovanna Dianderas-Wood (Debtor)

___R. Herr ___R. Hockenbury ___F. Nix ___Ben Beatty ___Erica Wilkinson representing Rebecca A. Herr (Trustee)

[19] Motion to Assume Leases or Executory Contracts *and Assign – Toyota Lease* Filed by Sally Giovanna Dianderas-Wood. (Attachments: #s3 Exhibit C)

**MOVANT** : Sally Dianderas-Wood BY D Press

[22] Response on behalf of Toyota Lease Trust Filed by ✓Daniel J. Pesachowitz (related document(s) 19 Motion to Assume/Reject Leases or Executory Contracts filed by Debtor Sally Giovanna Dianderas-Wood).

[23] Response on behalf of Sally Giovanna Dianderas-Wood Filed by Daniel M. Press (related document(s) 22 Response filed by Creditor Toyota Lease Trust).

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$____Mos.__Converted to Ch____

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted __19__ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court     [ ] Filed by Counsel
[ ] To be prepared by:
   [ ] Movant's counsel     [ ] Court
   [ ] Respondent's counsel     [ ] Other _____

NOTES:

Motion granted.