**Exhibit List**

Case No.   25-10092    Date   5/19/25      Debtor  Sally Giovanna Dianderas- Wood

| No. | Offer By | Document | Admitted |
|-----|----------|----------|----------|
| A | Debtor | Motor Vehicle Lease Agreement Maryland | X |
| B | Debtor | Payoff Letter from Lexus Financial Services | X |
| C | Debtor | Appraisal Voucher | X |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |