United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10092-LSS |
| Sally Giovanna Dianderas-Wood | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: May 20, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

**Recip ID         Recipient Name and Address**
db              + Sally Giovanna Dianderas-Wood, 15630 Blackberry Drive, Gaithersburg, MD 20878-4908

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Gene Jung | ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 5

Entered: May 20th, 2025
Signed: May 19th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

```
-----------------------------------------------------------X
In re:                                           :        Chapter 13
                                                 :
Sally Giovanna Dianderas-Wood                    :        Case No.  25-10092 LSS
                                                 :
        Debtor.                                  :
                                                 :
-----------------------------------------------------------X
```

### ORDER GRANTING MOTION FOR ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF VEHICLE LEASE WITH OPTION TO PURCHASE

Upon consideration of the Motion of the Debtor for an Order Approving the Assumption and Assignment of her Vehicle Lease with Option to Purchase with Toyota Lease Trust to her son Andrew Esteban Wood, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Debtor may assume and assign the lease to Andrew Esteban Wood in consideration of his payment to her of the difference between the lease buyout price to be paid to the lessor and the appraised value of $17,000.

--

Copies by CM/ECF to:
Counsel for Debtor
Trustee

END OF ORDER

--