# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

**SALLY GIOVANNA DIANDERAS-WOOD**
**AKA GIOVANNA D WOOD,**

**CHAPTER 13**

**DEBTOR.**

**CASE NO. 25-10092**

**TOYOTA LEASE TRUST,**

     **MOVANT,**

vs.

**SALLY GIOVANNA DIANDERAS-WOOD**
**and REBECCA A. HERR, TRUSTEE,**

     **RESPONDENTS.**

## NOTICE OF CONTINUANCE OF HEARING ON THE
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    **PLEASE TAKE NOTICE** that the hearing on the Motion for Relief from the Automatic Stay of Toyota Lease Trust, by Counsel, filed on March 12, 2025, as Docket No. 17, has been continued to **July 7, 2025 at 2:00 PM**, in the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane Suite 300, Greenbelt, MD 20770, Courtroom 3-E. This hearing will be held in person.

          /s/Daniel J. Pesachowitz
By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com
Counsel for Toyota Lease Trust

CERTIFICATE OF SERVICE

    I certify that on May 28, 2025 the foregoing Notice was served via CM/ECF on Rebecca A. Herr, Trustee, <ecf@ch13md.com> and Daniel M. Press, Counsel for Debtor, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Sally Giovanna Dianderas-Wood,

Debtor, 15630 Blackberry Drive, Gaithersburg, MD 20878 .

                                                    /s/Daniel J. Pesachowitz
                                        _____
                                        Daniel J. Pesachowitz, Esquire
                                        Samuel I. White, P. C.