**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

**In re:**

**SALLY GIOVANNA DIANDERAS-WOOD**
**AKA GIOVANNA D WOOD,**                          **CHAPTER 13**

       **DEBTOR.**                          **CASE NO. 25-10092**


**TOYOTA LEASE TRUST,**

       **MOVANT,**

**vs.**

**SALLY GIOVANNA DIANDERAS-WOOD**
**and REBECCA A. HERR, TRUSTEE,**

       **RESPONDENTS.**

**NOTICE OF CONTINUANCE OF HEARING ON THE**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    **PLEASE TAKE NOTICE** that the hearing on the Motion for Relief from the Automatic Stay of Toyota Lease Trust, by Counsel, filed on March 12, 2025, as Docket No. 17, has been continued to **August 4, 2025 at 2:00 PM**, in the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane Suite 300, Greenbelt, MD 20770, Courtroom 3-E. This hearing will be held in person.


                /s/Daniel J. Pesachowitz

                By: _____
                Daniel J. Pesachowitz, Esquire, Bar No. 14930
                Robert A. Jones, Esquire, Bar No. 18707
                D. Carol Sasser, Esquire, Bar No. 21631
                Samuel I. White, P.C.
                6100 Executive Blvd.
                Suite 400
                Rockville, MD 20852
                Tel:(301) 804-3400
                Fax:(301) 838-1954
                dpesachowitz@siwpc.com
                Counsel for Toyota Lease Trust


CERTIFICATE OF SERVICE

    I certify that on July 3, 2025  the foregoing Notice was served via CM/ECF on Rebecca A. Herr, Trustee, <ecf@ch13md.com> and Daniel M. Press, Counsel for Debtor, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true copy was mailed

File No. 92235

via first class mail, postage prepaid, to Sally Giovanna Dianderas-Wood, Debtor, 15630 Blackberry Drive, Gaithersburg, MD 20878 .

/s/Daniel J. Pesachowitz

Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.