IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:

**Sally Giovanna Dianderas-Wood,**

    Debtor.

Case Number:   **25-10092**
**Chapter 13**

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1. (Select A, B, or C):

   _____ A. PLAN FILED WITH PETITION. This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix. *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

   _____ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The amended Chapter 13 plan [filed herewith OR filed on _____, 20___ ], makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

   __x__ C. ALL OTHER PLANS: This is to certify that on __7/21/2025__, I caused

       (i) the Chapter 13 plan [filed herewith OR filed on _____, 20___ ] ; and

       (ii) if applicable, the Order Denying Confirmation with Leave to Amend dated _June 24, 2025_ [if (ii) is not applicable, place "N/A" in the blank];

   to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list. (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2.   *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

    \_\_\_\_  I caused the Chapter 13 plan [filed herewith OR filed on _____, 20_____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.   See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.   Attach separate sheets or repeat this paragraph for each such creditor served.

    Name of Creditor: _____
Person Served:
Title/Position:
Address: _____
       _____
City, State Zip: _____
Method of Service: _____
Date Served: _____

Select A or B for the above-named creditor:

    \_\_\_\_  A.   A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

    \_\_\_\_  B.   No proof of claim has been filed for the lien or claim at issue.

3.   \_\_\_\_  Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan.  ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

    \_\_\_\_  This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.
Dated: 7/21/25                                       /s/ Daniel M. Press
                                                     Debtor, Debtor's Attorney, or
                                                     Other Person Effecting Service

```
Label Matrix for local noticing        Ally Bank                              (p)PNC BANK RETAIL LENDING
0416-0                                 Orlans Law Group PLLC                  P O BOX 94982
Case 25-10092                          c/oGene Jung                           CLEVELAND OH 44101-4982
District of Maryland                   P.O. Box 2548
Greenbelt                              Leesburg, VA 20177-7754
Mon Jul 21 03:04:45 EDT 2025

Ally Bank                              Ally Home Loans                        Capital One
c/o Cenlar FSB                         PO Box 77423                           1680 Capital One Dr
425 PHILLIPS BLVD, ATTN BK Dept        Ewing, NJ 08628-7423                   McLean, VA 22102-3407
Ewing, NJ 08618-1430


Cavalry SPV I, LLC as assignee of      (p)COMPTROLLER OF MARYLAND             Department of the Treasury
Capital One, N.A./Lord & Taylor        BANKRUPTCY UNIT                        Internal Revenue Service
c/o Cavalry SPV I, LLC                 7 ST PAUL STREET SUITE 230             P.O. Box 7346
PO Box 4252                            BALTIMORE MD 21202-1626                Philadelphia, PA 19101-7346
Greenwich, CT 06831-0405


Orlans Law Group PLLC                  (p)ROSENBERG & ASSOCIATES  LLC         State of Maryland DLLR
P.O. Box 2548                          4340 EAST WEST HIGHWAY                 Division of Unemployment Insurance
Leesburg, VA 20177-7754                SUITE 600                              1100 N. Eutaw Street, Room 401
    by CM/ECF                          BETHESDA MD 20814-4411                 Baltimore, MD 21201-2226
    ANHSOrlans@InfoEx.com,
    ecfaccount@orlans.com

Taxing Authority of Montgomery County  Timothy J Wood                         Toyota Financial Services
Division of Treasury                   15630 Blackberry Drive                 Cedar Rapids, IA 52409-0004
255 Rockville Pike, Ste.  L-15         Gaithersburg, MD 20878-4908
Rockville, MD 20850-4188


Toyota Lease Trust                     Daniel M. Press                        Rebecca A. Herr
c/o Toyota Motor Credit Corporation    Chung & Press, P .C.                   Chapter 13 Trustee
PO Box 9013                            6718 Whittier Ave., Ste. 200           185 Admiral Cochrane Dr.
Addison, Texas 75001-9013              McLean, VA 22101-4531                  Suite 240
                                           By CM/ECF dpress@chung-press.com   Annapolis, MD 21401-7623
                                                                                  By CM/ECF ecf@ch13md.com

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878-4908
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC Bank, National Association         Comptroller of Maryland                (d)Office of the Comptroller of Maryland
PO Box 94982                           7 St Paul St                           Bankruptcy Unit
Cleveland, OH 44101                    Baltimore, MD 21202                    7 St. Paul Street, Suite 230
                                                                              Baltimore, MD 21202


Rosenberg & Associates
4340 East West Highway Ste 600
Bethesda, MD 20814
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Toyota Lease Trust

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19