IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **SALLY GIOVANNA DIANDERAS-WOOD,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 25-10092** |

**TOYOTA LEASE TRUST,**

    **MOVANT,**

vs.

**SALLY GIOVANNA DIANDERAS-WOOD**
**and REBECCA A. HERR, TRUSTEE,**

    **RESPONDENTS.**

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF

Notice is hereby given that the Motion for Relief from the Automatic Stay of Toyota Lease Trust, by Counsel, filed on March 12, 2025 as Docket No. 17 is hereby Withdrawn Without Prejudice.

        TOYOTA LEASE TRUST

        /s/Daniel J. Pesachowitz
By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400/Fax:(301) 838-1954
dpesachowitz@siwpc.com

### CERTIFICATE OF SERVICE

I certify that on July 22, 2025, the foregoing Notice of Withdrawal was served via CM/ECF on Rebecca A. Herr, Trustee, ecf@ch13md.com and Daniel M. Press, Counsel for Debtor, dpress@chung-press.com at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Sally Giovanna Dianderas-Wood, Debtor, 15630 Blackberry Drive, Gaithersburg, MD 20878.

    By:   /s/Daniel J. Pesachowitz
    _____
    Daniel J. Pesachowitz, Esquire

File No. 92235

Samuel I. White, P. C.