**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

In re:

    Sally Giovanna Dianderas-Wood      Chapter 13
    AKA Giovanna D Wood      Case No. 25-10092-LSS

    Debtor      Ref. Dkt. #15

## NOTICE WITHDRAWING OBJECTION TO PLAN CONFIRMATION

Ally Bank, by counsel, hereby requests withdraws without prejudice the previously filed Objection to Plan Confirmation (ECF 15).

Date:  August 25, 2025

Respectfully submitted,

    */s/ Gene Jung*
Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Ally Bank
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on August 25, 2025, copies of the foregoing Notice Withdrawing Objection to Plan Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Daniel M. Press
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice Withdrawing Objection to Plan Confirmation to the following non-ECF participants:

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

                                      */s/ Gene Jung*
                                      Gene Jung, Esquire
                                      James E. Clarke, Esquire
                                      Paul J. Moran, Esquire