IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
**Greenbelt Division**

```
-------------------------------------------------------------X
In re:                                                       :        Chapter 13
                                                             :
Sally Giovanna Dianderas-Wood                                :        Case No.  25-10092 LSS
            Debtor.                                          :
                                                             :
-----------------------------------------------------------: 
```

PRE-CONFIRMATION CERTIFICATION

The debtor hereby certifies under penalty of perjury that the following statements are true and correct:

1. The debtor has paid any fee, charge, or other amount required under 28 U.S.C. § 1930 or by the plan (i.e., adequate protection payments) to be paid before confirmation.

2. The debtor has paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. The debtor has filed all applicable federal, state, and local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

The debtor affirms that the plan is proposed in accordance with 11 U.S.C. § 1325 and requests said plan be confirmed.

DATE:  __8/20/2025_____

                                                __/s/ Sally Giovanna Dianderas-Wood____
                                                Sally Giovanna Dianderas-Wood

=

CERTIFICATE OF SERVICE

      This is to certify that on this 25th day of August, 2025, I caused the foregoing document to be served by CM/ECF on the following:

Rebecca A. Herr ecf@ch13md.com

Gene Jung ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

Ryan Srnik ryan.srnik@brockandscott.com, wbecf@brockandscott.com

                                            /s/ Daniel M. Press
                                                Daniel M. Press