United States Bankruptcy Court

District of Maryland

In re:                                                                  Case No. 25-10092-LSS

Sally Giovanna Dianderas-Wood                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                  User: admin                       Page 1 of 2

Date Rcvd: Aug 28, 2025               Form ID: pdfall                    Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sally Giovanna Dianderas-Wood, 15630 Blackberry Drive, Gaithersburg, MD 20878-4908 |
| cr | + | Ally Bank, Orlans Law Group PLLC, c/oGene Jung, P.O. Box 2548, Leesburg, VA 20177-7754 |
| 32744133 | + | Ally Home Loans, PO Box 77423, Ewing, NJ 08628-7423 |
| 32748491 | + | Orlans Law Group PLLC, P.O. Box 2548, Leesburg, VA 20177-7754 |
| 32744138 | + | Timothy J Wood, 15630 Blackberry Drive, Gaithersburg, MD 20878-4908 |
| 32744139 | | Toyota Financial Services, Cedar Rapids, IA 52409-0004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 19:44:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 32780535 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 28 2025 19:44:00 | Ally Bank, c/o Cenlar FSB, 425 PHILLIPS BLVD, ATTN BK Dept, Ewing, NJ 08618-1430 |
| 32744150 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 28 2025 19:44:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32744135 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 28 2025 19:44:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32744134 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 19:50:38 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 32774370 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2025 19:45:00 | Cavalry SPV I, LLC as assignee of, Capital One, N.A./Lord & Taylor, c/o Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 32744136 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 19:45:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32744137 | | Email/Text: bankruptcy@rosenberg-assoc.com | Aug 28 2025 19:45:00 | Rosenberg & Associates, 4340 East West Highway Ste 600, Bethesda, MD 20814 |
| 32744149 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 28 2025 19:46:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32744151 | ^ | MEBN | Aug 28 2025 19:40:08 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32777818 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 28 2025 19:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 11

District/off: 0416-0

User: admin

Page 2 of 2

Date Rcvd: Aug 28, 2025

Form ID: pdfall

Total Noticed: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025

Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Gene Jung | ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 5

Entered: August 28th, 2025
Signed: August 28th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

SALLY GIOVANNA DIANDERAS-WOOD

Case No. 25-10092-LSS
Chapter 13

Debtor

## ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed July 21, 2025, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee  the sum of $3,240.00 per month for five (5) months; then $3,568.00 per month for fifty-five (55) months on or before the 5th day of each month for a total period of sixty (60) months; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any person responsible with the Debtor for the support of any dependent, and (c) the identity of any person

who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**
The Chapter 13 Trustee represents
that the plan complies with the
provisions of the U.S.C. §1325 and
recommends confirmation.

                                                    **/s/ REBECCA A. HERR**
                                                    Chapter 13 Trustee

cc:

SALLY GIOVANNA DIANDERAS-WOOD
15630 BLACKBERRY DRIVE
GAITHERSBURG, MD  20878
*Debtor*

DANIEL M PRESS ESQUIRE
CHUNG & PRESS P C
6718 WHITTIER AVE  STE 200
MCLEAN, VA  22101
*Attorney for Debtor*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**