**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Sally Giovanna Dianderas-Wood<br>   *a/k/a* Giovanna D. Wood<br>        Debtor | Chapter 13<br>Case No. 25-10092-LSS |
| Ally Bank<br>       Movant<br><br>v.<br><br>Sally Giovanna Dianderas-Wood<br>       Debtor<br><br>and<br>Timothy J. Wood<br>       Co-Debtor<br><br>Rebecca A. Herr<br>       Chapter 13 Trustee | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY 15630 BLACKBERRY DRIVE, N. POTOMAC, MD 20878

Ally Bank ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay and Co-Debtor Stay as to the real property located at 15630 Blackberry Drive, N. Potomac, MD 20878 ("Property"), and, as grounds therefore, states as follows:

1.	This proceeding seeking relief under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c)(3) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant

to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2.     On January 6, 2025, the above named Debtor, Sally Giovanna Dianderas-Wood ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Rebecca A. Herr was appointed Chapter 13 Trustee.

**COUNT 1**
**RELIEF FROM AUTOMATIC STAY**

3.     On or about September 29, 2006, Sally Giovanna Dianderas-Wood and Timothy J Wood (collectively the "Obligors") executed and delivered to National City Mortgage a division of National City Bank a Note in the amount of SIX HUNDRED TWENTY-NINE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($629,600.00), plus interest at the adjustable rate of 6.375%, to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4.     To secure the repayment of the sums due under the Note, Sally Giovanna Dianderas-Wood and Timothy J Wood executed and delivered to National City Mortgage a division of National City Bank a Deed of Trust dated September 29, 2006, encumbering the real property ("Property") more particularly described in the Deed of Trust:

```
LOT NUMBERED ONE (1) IN BLOCK LETTERED "R", IN THE SUBDIVISION
KNOWN AS "PLAT 11, QUINCE ORCHARD KNOLLS", AS PER PLAT THEREOF
DULY RECORDED AMONG THE LAND RECORDS OF MONTGOMERY COUNTY,
MARYLAND IN PLAT BOOK 152 AT PLAT NO. 17279.
```

which has the address of 15630 Blackberry Drive, N Potomac, MD 20878. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.      The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust.  A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.      The Debtor agreed to permanent modifications of the loan described above. The loan modifications are attached as **Exhibit D** and incorporated herein.

7.      As of March 4, 2026, Debtor owes an unpaid principal balance of $600,565.26 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| | |
|---|---|
| Unpaid Principal Balance | $600,565.26 |
| Unpaid, Accrued Interest | $69,668.70 |
| Escrow Advance | $33,183.22 |
| Fees | $50.00 |
| NSF Charges | $45.00 |
| Recoverable Balance | $4,792.59 |
| Suspense | ($0.00) |
| Total Outstanding Obligations | $708,304.77 |

8.      As of March 4, 2026, Debtor is post-petition due for January 1, 2026, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 3 | January 1, 2026 | March 1, 2026 | $4,111.93 | $12,335.79 |
| | | | Suspense: | ($602.74) |
| | | | Total Payments Past Due | $11,733.05 |

9.      A copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

10.     The Debtor is in default under the Note.

11.     The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

12.     That the Debtor's account delinquency constitute cause for relief from the automatic stay.

## **COUNT II**
## **RELIEF FROM CO-DEBTOR STAY**

13.     The allegations of paragraphs 1 through 12 are incorporated by reference herein.

14.     Movant will be irreparably harmed by the continuation of the Co-Debtor Stay.

15.     Cause exists to terminate the Co-Debtor Stay.

WHEREFORE, Ally Bank, prays that this Court enter an Order:

a.     Granting relief from the automatic stay and co-debtor stay; and,

b.     For such other relief as the Court deems proper.

Date:  March 19, 2026

                                    Respectfully submitted,


                                    _/s/ Gene Jung_____
                                    Gene Jung, Bar #14950
                                    James E. Clarke, Bar #15153
                                    Paul J. Moran, Bar #19595
                                    Orlans Law Group PLLC
                                    PO Box 2548
                                    Leesburg, VA 20177
                                    (703) 777-7101
                                    Attorneys for Ally Bank
                                    gjung@orlans.com
                                    jclarke@orlans.com
                                    pmoran@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on <u>March 19, 2026</u>, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Daniel M. Press, Esq.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Stay to the following non-ECF participants:

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

Timothy J. Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Co-Debtor*

*/s/ Gene Jung*
Gene Jung
James E. Clarke, Esquire
Paul J. Moran, Esquire

**Post-Petition Payment History**

| Due Date | Payment Amount Due |
|---|---|
| 01/1/2026 | $4,111.93 |
| 02/1/2026 | $4,111.93 |
| 03/1/2026 | $4,111.93 |
| **Suspense**: | ($602.74) |
| **Total**: | $11,733.05 |