UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

SALLY GIOVANNA DIANDERAS-WOOD
  AKA GIOVANNA D WOOD

Chapter 13
Case No. 25-10092-LSS

          Debtor

ALLY BANK

      Movant

v.

SALLY GIOVANNA DIANDERAS-WOOD
  AKA GIOVANNA D WOOD
15630 BLACKBERRY DRIVE
GAITHERSBURG, MD 20878
       (Debtor)

TIMOTHY J WOOD
15630 BLACKBERRY DRIVE
GAITHERSBURG, MD 20878
       (Co-Debtor)

REBECCA A. HERR
185 ADMIRAL COCHRANE DR., SUITE 240
ANNAPOLIS, MD 21401
       (Trustee)

      Respondents

NOTICE OF MOTION FOR RELIEF FROM STAY AND CO-DEBTOR AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 1301(c)(3) AND HEARING THEREON

Ally Bank has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) and § 1301(c)(3) to enable it to proceed to ***obtain relief from automatic stay and co-debtor automatic stay***. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by **April 2, 2026**, (parties served by mail may add three (3) days to the response deadline) you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Gene Jung
James E. Clarke, Esquire., Bar # 15153
Paul J. Moran, Esquire., Bar # 19595
PO Box 2548
Leesburg, VA 20177
Attorneys for Ally Bank

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail early enough so that the court will receive it by the date stated above.

The hearing is scheduled for **May 4, 2026, at 02:00 PM** in **Courtroom 3-E**, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:  March 19, 2026

Respectfully submitted,


  _/s/ Gene Jung_
Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Ally Bank
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that on March 19, 2026, copies of the foregoing Notice of Motion were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Daniel M. Press
6718 Whittier Avenue, Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following non-ECF participants:

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

Timothy J. Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Co-Debtor*

_*/s/ Gene Jung*_____
Gene Jung
James E. Clarke, Esquire
Paul J. Moran, Esquire