**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

----------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| Sally Giovanna Dianderas−Wood | : | **Case No.**  25−10092 LSS |
| | : | |
| **Debtor.** | : | |
| | : | |
| ---------------------------------------------------------: | | |
| | : | |
| Ally Bank | : | |
| | : | |
| v. | : | |
| | : | |
| Sally Giovanna Dianderas−Wood, et al. | : | |
| | : | |

_____

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY**

NOW COMES Sally Giovanna Dianderas−Wood, debtor, and Timoth Wood (co-Debtor), through counsel, and responds as follows to the Motion for Relief from Stay filed by Ally Bank.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Respondents lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and therefore deny the same and demand strict proof thereof.  Respondents note that Exhibit C is only an assignment of the deed of trust, not of the Note.

6. Admitted.

−-                                                                     1

7. Denied.

8. Denied.

9. Denied.

10. Admitted.

11. Denied.

12. Denied.

13. Respondents incorporate their responses to Paragraphs 1-12.

14. Denied.

15. Denied.

<u>Separate and Affirmative Defenses</u>

1. The property at issue is necessary to an effective reorganization.

2. On information and belief, Movant is not the real party in interest.

3. Movant is adequately protected, including by a substantial equity cushion.

4. Any missed payments were the result of Movant's failure to send accurate statements, and/or to properly credit payments.

WHEREFORE the Respondents respectfully request that the Motion be denied.

Dated: April 2, 2026.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

--
2

CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of April, 2026, I caused the foregoing Response to be served on the following by CM/ECF:

Rebecca A. Herr ecf@ch13md.com

Gene Jung ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Ryan Srnik rsrnik@lojto.com,
postlegal@johnorcutt.com

                                       /s/ Daniel M. Press
                                         Daniel M. Press

--

3