**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:  SALLY GIOVANNA DIANDERAS-WOOD <br>   AKA GIOVANNA D. WOOD <br>        Debtor | Chapter 13 <br> Case No. 25-10092-LSS |
| ALLY BANK <br>       Movant <br><br> v. <br><br> SALLY GIOVANNA DIANDERAS-WOOD <br>   AKA GIOVANNA D. WOOD <br>       (Debtor) <br><br> TIMOTHY J. WOOD <br>       (Co-Debtor) <br><br> REBECCA A. HERR <br>       (Trustee) | Ref. Dkt. #41 |

**NOTICE WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY AND
CO-DEBTOR STAY**

Ally Bank, by counsel, hereby withdraws without prejudice the previously filed Motion

for Relief from Automatic Stay and Co-Debtor Stay (ECF 41).

Date:  April 27, 2026

Respectfully submitted,


  /s/ Gene Jung
Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Ally Bank
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that on April 27, 2026, copies of the foregoing Notice Withdrawing Motion for Relief from Automatic Stay and Co-Debtor Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Daniel M. Press
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice Withdrawing Motion for Relief from Automatic Stay and Co-Debtor Stay to the following non-ECF participants:

Sally Giovanna Dianderas-Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Debtor*

Timothy J. Wood
15630 Blackberry Drive
Gaithersburg, MD 20878
*Co-Debtor*

　　　　　　　　　　　　　　　　　　　　*/s/ Gene Jung*
　　　　　　　　　　　　　　　　　　　　Gene Jung
　　　　　　　　　　　　　　　　　　　　James E. Clarke, Esquire
　　　　　　　　　　　　　　　　　　　　Paul J. Moran, Esquire