**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

---------------------------------------------------------------X
In re:                                                                  :         **Chapter 13**
                                                                          :
Sally Giovanna Dianderas−Wood                      :         **Case No.**  25−10092 LSS
          **Debtor.**                                             :
                                                                          :
---------------------------------------------------------------X

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

                /s/ Daniel M. Press
               Daniel M. Press, #07300
               Law Offices of Daniel M. Press
               201 Washington St.
               Cumberland MD 21502
               (703) 725-7600
               dan@danpress.us

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Rebecca A. Herr ecf@ch13md.com

Gene Jung ANHSOrlans@InfoEx.com,
ecfaccount@orlans.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Ryan Srnik rsrnik@lojto.com,
postlegal@johnorcutt.com

    /s/ Daniel M. Press

Daniel M. Press

2